AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alarcon, Arthur L. | Court of Appeals - 9th Circuit | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. Courthouse
312 No. Spring Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Las Familias del Pueblo (a not-for-profit corporation) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 6/76 | Employee's Retirement Benefit (Los Angeles County) |
| 2. 6/76 | Employee's Retirement Benefit (State of California) |
| 3. 6/92 | State Judge's Pension |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Retirement Benefits, State of California | $2,536.00 |
| 2. 2011 | Retirement Benefits, Los Angeles County | $12,262.00 |
| 3. 2011 | Retirement Benefits, State of California Judges | $41,920.00 |
| 4. 2011 | West Services Inc., book royalties | $6,236.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Retirement Plan of Citibank |
| 2. 2011 | Retirement Plan of Honeywell |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | Apr 7-10, 2011 | Ithaca, NY | Moot Court (judge) | Meals, hotel, transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Cal Western Life Ins Co | A | Interest | K | W | | | | | |
| 2. | U.S. Treasury Bills | A | Interest | K | T | | | | | |
| 3. | United Airline Stock | | None | J | T | | | | | |
| 4. | Citibank Accounts | A | Interest | L | T | | | | | |
| 5. | Brokerage Account #1: | | | | | | | | | |
| 6. | - TD Ameritrade MMDA Sweep Account | A | Interest | L | T | | | | | |
| 7. | - Citigroup Stock | A | Dividend | J | T | | | | | |
| 8. | - Coca Cola Stock | A | Dividend | J | T | | | | | |
| 9. | - Hewlett Packard Stock | A | Dividend | K | T | Sold (part) | 03/16/11 | J | A | |
| 10. | - Microsoft Stock | A | Dividend | J | T | | | | | |
| 11. | - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 12. | - Nokia Stock | A | Dividend | J | T | | | | | |
| 13. | - IBM Stock | A | Dividend | J | T | | | | | |
| 14. | - Sara Lee Stock | A | Dividend | | | Sold | 03/22/11 | J | A | |
| 15. | - Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 16. | - Paterson-UTI Energy Inc Stock | | None | | | Sold | 02/28/11 | J | A | |
| 17. | Brokerage Account #2: | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - TD Ameritrade MMDA Sweep Account | A | Interest | K | T | | | | | |
| 19. - Honeywell Stock | A | Dividend | K | T | | | | | |
| 20. - Cisco Stock | A | Dividend | J | T | | | | | |
| 21. - Pfizer Stock | A | Dividend | | | Sold | 12/01/11 | J | | |
| 22. - Merck Stock | A | Dividend | J | T | | | | | |
| 23. - EXXON Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 24. - Intel Stock | A | Dividend | J | T | | | | | |
| 25. - Clorox Company Stock | A | Dividend | J | T | | | | | |
| 26. - Citigroup Inc Stock | A | Dividend | J | T | | | | | |
| 27. - GE Stock | A | Dividend | J | T | | | | | |
| 28. - Vanguard International Growth Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/19/11 | J | | |
| 29. - Neuberger Berman Guardian Mutual Fund | A | Dividend | K | T | Buy (add'l) | 12/19/11 | J | | |
| 30. - Treasury Note | A | Interest | K | T | | | | | |
| 31. Brokerage Account #3: | | | | | | | | | |
| 32. - Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 33. - Ford Motor Credit Co SR Notes (VA8 acq 08/13/10) | D | Interest | | | Redeemed | 08/10/11 | L | | |
| 34. - Ca St Dpt Wtr Res Wtr Rev Bond (NX7 acq 06/03/10) | A | Interest | | | Redeemed | 12/01/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Ca St G/O Bond (NL2 acq 05/06/10) | B | Interest | K | T | | | | | |
| 36. - Ca St Var Purp G/O Unltd Bond (3C0 acq 06/03/10) | B | Interest | K | T | | | | | |
| 37. - Ca St Var Purp G/O Unltd Bond (H92 acq 05/04/10) | B | Interest | K | T | | | | | |
| 38. - Ca St Var Purp G/O Unltd Bond (KT4 acq 05/03/10) | B | Interest | K | T | | | | | |
| 39. - Ca St Econ Recov Ser A Bond (AX9 acq 06/04/10) | B | Interest | K | T | | | | | |
| 40. - Ca St Ref G/O Unltd Bond (F41 acq 06/07/10) | A | Interest | J | T | | | | | |
| 41. - Ca St Var Purp Fsa Cr G/O Cus Bond (A32 acq 06/22/10) | B | Interest | K | T | | | | | |
| 42. - Ca Stwide Cmnty Dev Prop 1A Bond (R58 acq 08/16/10) | B | Interest | K | T | | | | | |
| 43. - Ca St Var Purp G/O Txbl Bond (5F7 acq 06/03/10 | C | Interest | K | T | | | | | |
| 44. - State Bank India CD (WT7 acq 09/24/10) | A | Interest | | | Redeemed | 09/28/11 | M | | |
| 45. - Plainscapital Bank CD (VE6 acq 06/24/10) | A | Interest | L | T | | | | | |
| 46. - Ford Motor Credit Co Global Notes (TZ6 acq 09/12/11) | C | Interest | L | T | Buy | 09/12/11 | L | | |
| 47. - Genl Motors Accept Corp Global Notes (SE1 acq 09/30/11) | | None | M | T | Buy | 09/30/11 | M | | |
| 48. - Hewlett Packard Co Sr Unsecured (BL6 acq 12/19/11) | | None | K | T | Buy | 12/19/11 | K | | |
| 49. Brokerage Account #4: | | | | | | | | | |
| 50. - Wells Fargo Bank Deposit Sweep Option | A | Interest | K | T | | | | | |
| 51. - Ca St Econ Recov Ser B Bond (JV4 acq 5/21/09) | C | Interest | | | Redeemed | 03/01/11 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ca St Pub Wks Brd Bond (SB0 acq 3/24/09) | C | Interest | | | Redeemed | 11/01/11 | L | | |
| 53. - Ca St Univ Rev Ref Bond (FV1 acq 03/24/09) | B | Interest | | | Redeemed | 11/01/11 | K | | |
| 54. - Ca St Econ Recov Ser A Bond (LU3,LQ2 acq 4/23/09) | B | Interest | K | T | | | | | |
| 55. - Ca Infra & Econ Dev Bk Rev Ser E Bond (34Z acq 08/13/10) | B | Interest | L | T | | | | | |
| 56. - Ca St Cmnty Dev Auth Rev Prop 1A Bond (R58 acq 08/16/10) | A | Interest | K | T | | | | | |
| 57. - Ca St G/O Unltd Bond (Z49 acq 11/09/10) | C | Interest | L | T | | | | | |
| 58. - Ca St Econ Recov Ser A Bond (BC4 acq 12/10/10) | B | Interest | K | T | | | | | |
| 59. - Ca St G/O Unltd Bond (PU0 acq 03/09/11) | A | Interest | K | T | Buy | 03/09/11 | K | | |
| 60. - Ca St G/O Unltd Bond (N91 acq 03/17/11) | B | Interest | K | T | Buy | 03/17/11 | K | | |
| 61. - Ford Motor Credit Co Global Notes (TZ6 acq 11/23/11) | | None | M | T | Buy | 11/23/11 | M | | |
| 62. Brokerage Account #5 (managed asset portolio) | | | | | | | | | |
| 63. - Ishares Barclays Inter Gov Cre Bd (GVI) (612) | | None | J | T | Buy | 11/30/11 | J | | |
| 64. - Ishares Barclays MBS Bond Fund (MBB) (588) | | None | J | T | Buy | 11/30/11 | J | | |
| 65. - Ishares Barclays Tips Bond Fund (TIP) (176) | | None | J | T | Buy | 11/30/11 | J | | |
| 66. - Ishares Barclays 1-3 Yr Trs Bd (SHY) (457) | | None | J | T | Buy | 11/30/11 | J | | |
| 67. - Ishares Msci Eafe Index Fund (EFA) (465) | | None | J | T | Buy | 11/30/11 | J | | |
| 68. - Ishares S&P/Citigroup Intl Treas Fund (IGOV) (117) | A | Dividend | J | T | Buy | 11/30/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Vanguard Growth ETF Msci US Prime Mkt (VUG) (736) | A | Dividend | J | T | Buy | 11/30/11 | J | | |
| 70. - Vanguard Value ETF Msci US Prime Mkt (VTV) (744) | A | Dividend | J | T | Buy | 11/30/11 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Alarcon, Arthur L. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 2 and 30 -- U.S. Treasury Bills. Special case of transfers, not covered in filing instructions. The 2010 "U.S. Treasury Bills" entry included different two T Bills / Notes, each in a different "Legacy Treasury Direct" account. In May 2010, the U.S. Treasury phased out the "Legacy Treasury Direct" accounts, and gave participants the option of transferring existing bills/notes to a "Treasury Direct" account or to a user-selected brokerage account. One bill/note was transferred to a "Treasury Direct" account (line 2) and the other was transferred to the a brokerage account (line 30). The bills/notes did not change in value, nor future redemption date. The aggregate gross value of both bills is code K, and the separate gross value of each bill is code K.

2) Part VII: Differences between 2010 and 2011 for entries in Column B (Income) and C (Gross Value) are due to market fluctuation in stock prices and interest/dividends, except for line 42, Col( B(1) where the entry is a correction of the 2010 H2 code typo.

3) Part VII, the "Audit" flagged lines 5, 17, 31, 49, and 62 with "...if the entry in column A is not a header then...."   Lines 5, 17, 31, 49, and 62 are headers.

| Name of Person Reporting | Date of Report |
|---|---|
| Alarcon, Arthur L. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur L. Alarcon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544